**Paul A. PORTER, Adm'r, Office of Price Administration, Appellant, v. GULF REFINING COMPANY, Appellee.**

No. 10138.

Circuit Court of Appeals, Sixth Circuit.

Oct. 8, 1946.

David London, of Washington, D. C., and Samuel J. Weiner, of Cleveland, Ohio, for appellant.

Howell, Roberts & Duncan, of Cleveand, Ohio, and W. D. Caldwell, of Houston, Tex., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and arguments of counsel; on consideration whereof, it is ordered and adjudged that the judgment appealed from be and the same is affirmed upon the grounds and for the reasons stated in the opinion of the District Judge found on pages 27, 28 and 29 of the transcript. 61 F.Supp. 149.

**Beulah SHROPSHIRE, as Executrix of the Estate of Wesley Shropshire, Deceased, et al., Appellants, v. Nellie Norman HICKS, Administratrix of the Estate of Elizabeth Peddy, Intervener, et al., Appellees.**

No. 11516.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Graham Wright, of Rome, Ga., for appellants.

J. Edward Williams and Roger P. Marquis, Attys., Department of Justice, of Washington, D. C., for appellees.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judge below in an able and well considered opinion reported in 68 F.Supp. 151, has clearly stated the facts and applied the law governing this case. We affirm the judgment appealed from for the reasons he gave in rendering it.

Judgment affirmed.

**UNITED STATES of America, Plaintiff-Appellee, v. Thomas Jesse LEONARD, Appellant.**

No. 9174.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 25, 1946.

Decided Nov. 1, 1946.

David H. H. Felix, of Philadelphia, Pa., for appellant.

Edward A. Kallick, of Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, ALBERT LEE STEPHENS, and KALODNER, Circuit Judges.

PER CURIAM.

The judgment of conviction is affirmed.